UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CAIN STOREY,                )<br>                                            )<br>       Plaintiff,                     )<br>                                            )<br>v.                                        )<br>                                            )<br>FLOYD COUNTY, GEORGIA; DAVID )<br>STEWART, in his individual capacity;  )<br>CALEB H. RATLIFF, as the Administrator )<br>of the Estate of Dallas Battle, deceased, in )<br>his individual capacity, MARK WALLACE,)<br>in his individual capacity; CRAIG       )<br>BURNES, in his individual capacity; jointly )<br>and severally,                         )<br>                                            )<br>       Defendants.                 ) | CIVIL ACTION FILE NO.:<br>4:24-cv-00288-WMR |

**<u>DEFENDANT RATLIFF'S CERTIFICATE OF INTERESTED PERSONS</u>**

COMES NOW, Caleb H. Ratliff, a named Defendant in the above-styled action, pursuant to Fed. R. Civ. Pro 7.1 and L.R. 3.3, provides his Certificate of Interested Persons, showing the Court as follows:

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any Parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

  A.  Cain Storey

  B.  Defendant, Floyd County

  C.  Defendant Caleb H. Ratliff as administrator of the Estate of Dallas Battle

  D.  Defendant Mark Wallace

  E.  Defendant Craig Burnes

2.

The undersigned further certifies that the following is a full and complete list of all other persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  A.  Association County Commissioners of Georgia, Interlocal Risk Management Agency (ACCG)

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in the proceedings:

  A.  Derrick L. Bingham

  B.  Julie R. Comer

  C.  Stites & Harbison, PLLC

  D.  Steven M. Rodham

E.  Ronald R. Womack

F.  Womack, Rodham & Ray, P.C.

G.  Terry Williams

H.  Williams & Waymire, LLC

I.  Kenneth P. Robin

J.  Patrick D. Jaugsetter

K.  Justin Techo

L.  Jarrard & Davis, LLP

M.  Timothy J. Buckley III

N.  Rhea L. Bostick

O.  Buckley, Christopher, & Hensel, P.C.

P.  Samuel L. Starks

Q.  Starks Law Firm

R.  Wolfgang Mueller

S.  Henry C. Debardeleben IV

T.  Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC

U.  David S. Rudloph

V.  Pfeifer Rudolf

W.  Christopher Olsen

X.  Olsen Law, PLLC

This 10th day of February 2025

                          Respectfully submitted,

                          **BUCKLEY CHRISTOPHER & HENSEL, P.C.**

                          <u>/s/ Timothy J. Buckley III</u>
                          TIMOTHY J. BUCKLEY III
                          Georgia State Bar No. 092913
                          RHEA L. BOSTICK
                          Georgia State Bar No. 853657
2970 Clairmont Road N.E.   Attorneys for Defendant Ratliff
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
rbostick@bchlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2025, I electronically filed and served the DEFENDANT CALEB H. RATLIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT using the CM/ECF which will automatically send notification of such filing to all attorneys of record.

Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
RHEA BOSTICK
Georgia State Bar No. 857653
Attorneys for Defendant Ratliff

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
rbostick@bchlawpc.com

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).